## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|                           |   |                       |
|---------------------------|---|-----------------------|
|                           | § |                       |
|                           | § |                       |
|                           | § | No. 08-10-00177-CR    |
| IN RE:  SONNY DALE MOORE, | § |                       |
|                           | § | AN ORIGINAL PROCEEDING|
|                           | § | IN MANDAMUS           |
| Relator.                  | § |                       |
|                           | § |                       |

**MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS**

Relator, Mr. Sonny Dale Moore, has filed a *pro se* petition for writ of mandamus requesting that this Court order the Judge of the 83rd Judicial District Court of Pecos County, Texas to forward his application for writ of habeas corpus to the Texas Court of Criminal Appeals pursuant to Article 11.07, § 3(c).

Texas Courts of Appeal have no authority to issue writs of mandamus in criminal law matters related to post-conviction felony convictions. *See* TEX.CODE CRIM.PROC.ANN. art. 11.07, § 5 (Vernon 2005). Such authority is vested exclusively in the Texas Court of Criminal Appeals. *In re McAfee*, 53 S.W.3d 715, 718 (Tex.App.--Houston [1st Dist.] 2001, no pet.). Because this Court does not have jurisdiction to consider Relator's petition, it is DENIED.

Before Chew, C.J., McClure, and Rivera, JJ.

September 29, 2010

_____

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)